No. 14–0434/NA. U.S. v. Johnny R. Richards. CCA 201300332. On consideration of Appellant's third motion to extend time to file the supplement to the petition for grant of review, and motion to file the supplement to the petition for grant of review out of time, it is ordered that said motion to file the supplement to the petition for grant of review out of time is hereby granted, and that said third motion to extend time to file the supplement to the petition for grant of review is hereby denied as moot.

No. 14–0794/MC. U.S. v. Tyler R. Cieslewicz. CCA 201300421. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 15, 2014.

No. 14–0795/MC. U.S. v. Phillip H. Thai. CCA 201400084. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 15, 2014.

No. 14–0415/AR. U.S. v. William E. Newton, Jr. CCA 20110499. In view of Judge Ohlson's recusal in the above-referenced case, notice is hereby given that the Chief Judge has called upon Senior Judge Walter T. Cox III to perform judicial duties in the above-referenced case, and that Senior Judge Cox has consented to perform judicial duties in said case under Article 142(e)(1)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(ii) (2006).

Wednesday, August 27, 2014